**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-61191-CV-WILLIAMS**

ALEJANDRO LEDEZMA BASTIDAS
Filed by Next Friend XIMENA CORDOBA,

      Petitioner,

v.

ICE, FIELD OFFICE DIRECTOR,
*et al.*,

      Respondents.

_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court following a *sua sponte* review of the record. Pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida and based on related Case No. 26-60806-CV-Dimitrouleas, **GOOD CAUSE** exists to transfer this case to the Honorable William P. Dimitrouleas.

Based on these circumstances, and with the agreement and consent of District Judge William P. Dimitrouleas, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to William Dimitrouleas.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>23rd</u> day of April, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

After reviewing the record, the undersigned hereby accepts the transfer of this action.  Therefore, it is **ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **26-cv-60806-WPD**, indicating the Judge to whom all pleadings should be routed.

**DONE AND SIGNED** in chambers in Fort Lauderdale, Broward County, on this 23rd day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record and *pro se* parties