UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 26-61191-CV-DIMITROULEAS**

ALEJANDRO LEDEZMA BASTIDAS,
*By and through his next friend*
*Ximena Cordoba,*

      Petitioner,

v.

FACILITY ADMINISTRATOR, BROWARD
TRANSITIONAL CENTER, *et al.*,

      Respondents.

_____/

## ORDER

    **THIS CAUSE** is before the Court on Petitioner Alejandro Ledezma Bastidas ("Petitioner")'s Motion for Reconsideration (the "Motion"). [DE 11]. Petitioner seeks reconsideration of the Court's Order dismissing his 28 U.S.C. § 2241 Petition. The Court has considered the Motion [DE 11] and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED AND ADJUDGED** that Respondents shall file a response to the Motion [DE 11] by May 14, 2026.

    The Clerk is **DIRECTED** to send a copy of this Order to the addresses below.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov


Alejandro Ledezma Bastidas, *Pro Se*
A 077-751-503
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073