UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 26-61191-CV-DIMITROULEAS**

ALEJANDRO LEDEZMA BASTIDAS,
*By and through his next friend*
*Ximena Cordoba*,

     Petitioner,

v.

FACILITY ADMINISTRATOR, BROWARD
TRANSITIONAL CENTER, *et al.*,

     Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner Alejandro Ledezma Bastidas ("Petitioner")'s Motion for Reconsideration. [DE 11]. Respondents filed a Response to Motion for Reconsideration. [DE 15]. Respondents concede the recent ruling by the Eleventh Circuit Court of Appeals in *Hernandez Alvarez v. Warden, Federal Detention Center Miami, et al.,* Case Nos. 25-14065; 25-14075 (May 6, 2026) compels the Court to conclude that Petitioner's detention is governed by 8 U.S.C. § 1226(a) and that Petitioner is eligible for a bond hearing before an Immigration judge. [*Id.* at 2]. The Court takes no position as to whether Petitioner should be granted release on bond by the Immigration Judge, just that Petitioner is entitled to an individualized bond hearing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Motion for Reconsideration [**DE 11**] is **GRANTED**.

2.  Respondents shall afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days, by May 19, 2026, and file a notice in the record

upon the completion of the bond hearing indicating (1) that an individualized bond hearing was afforded and (2) the outcome of that bond hearing.

3.  A hearing in this matter is hereby set for 1:30 P.M. on **Wednesday, May 20, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The hearing may be cancelled upon notification that the bond hearing was held.

4.  All pending motions are **DENIED AS MOOT**.

5.  This case shall remain **CLOSED**.

6.  The Court **RETAINS JURISDICTION** to enforce this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

Alejandro Ledezma Bastidas, *Pro Se*
A 077-751-503
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073