UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61191-CV-DIMITROULEAS

ALEJANDRO BASTIDAS,

      Petitioner,

v.

BROWARD TRANSITIONAL CENTER, et al.,

      Respondents.

                                /

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court on Petitioner's Supplemental Notice [DE 18] and Respondents' Status Report [DE 19], filed herein on May 18, 2026. The Court has considered the Notice [DE 18] and the Status Report [DE 19] and is otherwise fully advised in the premises. The Notice and Status Report agree that the immigration bond hearing referenced in the Court's Order dated May 12, 2026 [DE 17], was held before the Immigration Court on May 14, 2026. *See id.*

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter scheduled for Wednesday, May 20, 2026 is **CANCELLED**.

Although the Immigration Judge denied bond upon determining that Petitioner was a flight risk, the Court declines to comment on Petitioner's challenge to the outcome of the bond hearing, which is not properly before the Court, and which lies in the sound discretion of the Immigration Judge. Moreover, Petitioner has not yet exhausted administrative remedies and may appeal the Immigration Judge's decision to the Board of Immigration Appeals.

The Clerk is **DIRECTED** to **CLOSE** this case.

The Clerk is **DIRECTED** to mail a copy of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

Alejandro Ledezma Bastidas
A 077-751-503
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE